NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAUL BENCOMO,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3106

---

Petition for review of the Merit Systems Protection Board in case no. DA0752090332-I-1.

---

## ON MOTION

---

## ORDER

The Department of Homeland Security moves without opposition to strike the joint appendix filed by Mr. Bencomo on October 4, 2011, and permit counsel for DHS to retrieve all filed copies for destruction. In addition, DHS provides notice of the replacement of the previously filed joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas G. Roth, Esq.
     Allison Kidd-Miller, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK